UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON G. TSINBERG,<br><br>        Plaintiff,<br><br> -v-<br><br>CITY OF NEW YORK,<br><br>        Defendant. | CIVIL ACTION NO.: 20 Civ. 749 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  The Court has reviewed the parties' Letter-Motions concerning discovery. (ECF Nos. 34, 36). Defendant City of New York has indicated that it contemplates filing a Motion to Stay Discovery pending the Court's ruling on the Motion to Dismiss (ECF No. 25). Plaintiff's request for a pretrial conference is DENIED without prejudice. Defendant may proceed to file its motion to stay, which the Court will consider in due course.

  The Clerk of Court is respectfully directed to mail this order to Plaintiff at the address below.

Dated:  New York, New York
     October 6, 2020

                   SO ORDERED

                   _____
                   SARAH L. CAVE
                   **United States Magistrate Judge**

**Mail to**:  Leon G. Tsinberg
      521 East 3rd Street
      Mount Vernon, New York 10553