```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LEON G. TSINBERG,

                Plaintiff,

        -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

20 CIVIL 749 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, the Report is adopted by the Court in full, the City's motion to dismiss is granted, and Tsinberg's claims are dismissed without leave to amend. Tsinberg's federal claims are dismissed with prejudice, but his state-law claims are dismissed without prejudice to his ability to pursue them in state court; accordingly, the case is closed.

**Dated:** New York, New York
         March 25, 2021

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court

               BY:

                                                  **Deputy Clerk**